1   **DIANNE C. KERNS, ESQ.**
    **CHAPTER 13 TRUSTEE**
2   PMB #413
    7320 NORTH LA CHOLLA #154
3   TUCSON AZ 85741
    Telephone (520)544-9094
4   Fax (520)544-7894

5

6                      **UNITED STATES BANKRUPTCY COURT**

7                      **IN AND FOR THE DISTRICT OF ARIZONA**

8

9   In re:                                    ) CHAPTER 13 PROCEEDINGS
                                              )
10  SYMANTHA L. SHOEMAKE                      ) Case No.: 05-03971-TUC-EWH
                                              )
11                                            ) **Application for Payment of Unclaimed**
                                              ) **Funds to the U.S. Bankruptcy Court**
12                                            )
                                              )
13                                            )
            Debtor                            )
14  _____

15        Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy
    estate, reports that the following dividend checks have been issued and returned as
16  undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the
    dates of issuance:
17

18  | <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
    |---|---|---|---|
    | 139346 | 01/30/2009 | DIANA THEOS | $65.43 |
19  | | | BALOGH BECKER | |
    | | | 64 E. BROADWAY 175 | |
    | | | TEMPE, AZ 85282 | |
20

                                                      **Total        $65.43**
21

22        The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code
    directing the Trustee to pay over the total amount of <u>$65.43</u> to the Clerk of the Court to be
23  deposited in the registry thereof.

24  Dated: 08/25/2009

25

26                                            **/s/ Dianne C. Kerns, #011557**
                                              Dianne C. Kerns, Esq.
27                                            Chapter 13 Trustee

28